**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KING LEFLORE
ADC #133845                                                            PLAINTIFF/COUNTER-DEFENDANT

V.                                          5:09CV00143 SWW/JTR

CYNTHIA REED, CO-II,
Varner Super Max ADC; and                                    DEFENDANT/COUNTER-CLAIMANT
RODERICK JOHNSON, Lieutenant,
Varner Super Max ADC                                                                          DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Judgment will be entered in favor of Plaintiff/Counter-Defendant, King LeFlore, on his excessive force claim against Defendant/Counter-Claimant, Cynthia Reed, in the amount of one dollar ($1.00).

2. Judgment will be entered in favor of Defendant/Counter-Claimant, Cynthia Reed, on her battery claim against Plaintiff/Counter-Defendant, King LeFlore, in the amount of two hundred and fifty dollars ($250.00).

1

3.       Plaintiff King LeFlore's failure to protect claim against Defendant, Roderick Johnson, is DISMISSED, WITH PREJUDICE.

Dated this 3rd day of September, 2010.

/s/Susan Webber Wright<br>UNITED STATES DISTRICT JUDGE