IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KING LEFLORE
ADC #133845                                                        PLAINTIFF/COUNTER-DEFENDANT

V.                          5:09CV00143 SWW/JTR

CYNTHIA REED, CO-II,
Varner Super Max ADC; and                           DEFENDANT/COUNTER-CLAIMANT
RODERICK JOHNSON, Lieutenant,
Varner Super Max ADC                                                               DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Plaintiff/Counter-Defendant, King LeFlore, on his excessive force claim against Defendant/Counter-Claimant, Cynthia Reed, in the amount of one dollar ($1.00). Judgment is also entered in favor of Defendant/Counter-Claimant, Cynthia Reed, on her battery claim against Plaintiff/Counter-Defendant, King LeFlore, in the amount of two hundred and fifty dollars ($250.00). Finally, Plaintiff King LeFlore's failure to protect claim against Defendant Roderick Johnson is DISMISSED, WITH PREJUDICE.

Dated this 3rd day of September, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE